### Brandt, ex dem. Palmer, v. Berrian.

THIS was an application for the costs of the last circuit at *West-Chester*, upon an affidavit, that just as the plaintiff was ready for trial, the defendant verbally agreed to leave the matter to arbitration, which he had since refused to do, though, from a reliance on his promise, the cause was not brought on.

*Munro* admitted all the facts, but said he was not authorised to consent to the motion.

3 P

*Per Curiam.* When an agreement, though by parol, is admitted, and its being merely verbal not urged against it, or relied on, it ought to have its effect. But in this case, the plaintiff is premature in his application. He must wait till the costs of suit are taxed, and then he will be entitled to them.